**Order entered September 12, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00244-CR

**REGINALD FITZGERALD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F06-85756-L**

## ORDER

The Court **DENIES** as moot appellant's September 10, 2013 motion to extend time to file his brief. By order dated September 9, 2013, the Court granted appellant's September 5, 2013 extension motion and ordered appellant's brief filed.

/s/    LANA MYERS
         JUSTICE